IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
(ROANOKE DIVISION)

REBECCA MOORE

    Plaintiff,

v.

L. SLY TRUCKING, LLC

and

MAURICE DICKEY

    Defendants.

Civil Action No. 7:19CV50

## DISMISSAL ORDER

This day came the parties to this action, by their attorneys, and advised the Court that they have compromised and settled their differences. Whereupon, on their joint motion, it is accordingly

ORDERED, ADJUDGED and DECREED that this action be, and the same hereby is, DISMISSED WITH PREJUDICE, with each party to pay their own taxable court costs.

And the Clerk of this Court is directed to forthwith certify a copy of this Order to each counsel of record and this action shall be stricken from the docket.

ENTER: 10/18/2019

_____
Judge

We have seen this Order and ask and consent to its entry:

_____
Janeen B. Koch, Esq.(VSB#37763)
KALBAUGH PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300/(804) 320-6312 (fax)
*Counsel for Defendants*

_____
Arthur P. Strickland, Esquire (VSB#13337)
Benjamin D. Byrd, Esquire (VSB#76560)
Strickland, Diviney, Segura, Byrd
23 Franklin Road, S.W.
Post Office Box 2866
Roanoke, Virginia 24001-2866
(540) 982-7787
*Counsel for Plaintiff*